

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. R-81,552-01

**TERRY GLENN HARRIS, Applicant**

### ORDER PURSUANT TO TEXAS RULES OF APPELLATE PROCEDURE RULE 9.10

*Per curiam.*

## ORDER

This cause is before this Court on application for writ of habeas corpus from trial court case number 2010-554-C1A in the 19th District Court of McLennan County.

The Clerk of this Court has discovered sensitive data in the record, namely: personal identification information. TEX. R. APP. P. Rule 9.10(a). Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified the parties. The Court now orders the Clerk of this Court to redact or seal the discovered sensitive data from the records identified and listed below. The Court further orders the trial court clerk, the clerk of the court of appeals, or any entity or individual possessing the following documents to redact or seal the documents pursuant to this

order:

1.      Clerk's Record pages 38, 39, 61, 115, 116, 117 and 118

Filed: October 29, 2014

Do not publish